

# Fourth Court of Appeals
## San Antonio, Texas

February 21, 2020

No. 04-19-00668-CR

Deon Latre **NICKENS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 13, Bexar County, Texas
Trial Court No. 560303
Honorable Rosie S. Gonzalez, Judge Presiding

# O R D E R

The Appellant's Second Motion for Extension of Time to file Brief is hereby GRANTED.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of February, 2020.

_____
Michael A. Cruz,
Clerk of Court